**FILED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

NOV - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | VIOLATION NO. 05-50036 CMK |
| ) | |
| Plaintiff, ) | **ORDER TO APPEAR** |
| ) | |
| vs. ) | |
| ) | 2:05 - MJ - 0322  DAD |
| Benjamin Gasperetti ) | |
| ) | |
| Defendant. ) | |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on December 14, 2005 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 11-1-05

_____
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:   Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
       Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
       Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of Probation Cause)
       Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)

✎AO 254
(Rev. 8/92)

UNITED STATES MAGISTRATE JUDGE TRIAL DOCKET SHEET

Docket Number: 05-50036

| | |
|---|---|
| **OFFENSE** ☐ Petty ☑ Misdemeanor | **DEFENDANT** |
| Description: Possess Controlled Substance | GASPERETTI, Benjamin<br>1267 East Street<br>Redding, CA  96001 |
| Place: Whiskeytown<br>Date: 8/20/2005 | U.S.C./C.F.R. Citation: 21 USC 844(a) | |

**INITIATING DOCUMENT**
- ☐ Violation Notice  ☑ Complaint  ☐ Information
- Number: 05-50036/CA75
- Date Issued: 9/13/2005
- ARREST WARRANT — Date Issued: ___  Date of Arrest: ___
- If Prosecution from Another District, Give District Name: ___

**INITIAL APPEARANCE**
- Date: 9/13/2005
- Tape Number: ___
- APPEARED: ☑ Voluntarily  ☐ In Custody
- Arresting Officer: ___
- BAIL: Amount Set $ ___
- PROCEEDINGS CONTINUED
  - To (date): ~~10-4-05-11am~~ / 11-1-05 / 12-14-05
  - Reason: Continued Arraignment / Continued Arraignment Sacramento — Defendant

Date: ___  Tape Number: ___  Verbatim Record ☐ Waived

Testifying Officer or Complainant: declined to Consent

Attorney for U.S.: Mike Martin

Attorney for Defendant: Aaron Williams — Relieved as Counsel 11-7-05
☑ C.J.A.  ☐ Pub. Def.  ☐ Retained  ☐ Waived

**PLEA AND TRIAL**

| PLEA | DISPOSITION |
|---|---|
| ☐ Not Guilty | ☐ Dismissed   ☐ Collateral forfeited $ ___ |
| ☐ Guilty | ☐ Not Guilty |
| ☐ Nolo Contendere | ☐ Guilty |

TRIAL (if any):  ☐ Jury   ☐ Non-Jury

☐ Presentence Investigation Ordered

**SENTENCE**
- Date (If different from plea or trial): ___
- FINE  $ ___   Receipt No. ___   Date Committed to Custody ___

**APPEAL**
- Date Filed: ___
- Bail Pending $ ___
- Certified to be an accurate record of proceedings conducted before the Magistrate Judge
- City Location of Magistrate Judge: ___
- (Magistrate Judge or Deputy Clerk)   (Date)